1  JEREMY L. FRIEDMAN, CA Bar No. 142659
   ATTORNEY AT LAW
2  2801 Sylhowe Road
   Oakland, CA 94602
3  Telephone: (510) 530-9060
   Facsimile: (510) 530-9087
4
   Attorneys for plaintiff Michael Villalpando
5  and his guardian ad litem, Nicole Shortley

6
                   UNITED STATES DISTRICT COURT
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9  Michael Villalpando, a minor, by and    )   Case No. 2:07-cv-00824-LKK-KJM
   through his guardian ad litem, Nicole   )
10 Shortley,                               )   **ORDER GRANTING *EX PARTE***
                                           )   **APPLICATION FOR**
11       Plaintiff,                        )   **APPOINTMENT OF GUARDIAN AD**
                                           )   **LITEM (CIVIL)**
12 vs.                                     )
                                           )
13 City of Stockton, and DOES ONE          )
   through Twenty,                         )
14                                         )
         Defendants.                       )
15 _____         )

16      Nicole Shortley applies to be appointed Guardian ad Litem for her son, Michael

17 Villalpando, also known as Michael Shortly, in this litigation.  For good cause showing,

18 the Court finds that it is reasonable and necessary to appoint a guardian ad litem for

19 Michael Villalpando, as requested.  The Court therefore GRANTS the application.

20      IT IS THEREFORE ORDERED that Nicole Shortly is hereby appointed as

21 guardian ad litem for Micahel Villalpando.

22

23      Dated: May 3, 2007.

24

25                              _____
                                LAWRENCE K. KARLTON
26                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
27

28