JEREMY L. FRIEDMAN, CA Bar No. 142659
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Attorneys for plaintiff Michael Villalpando
and his guardian ad litem, Nicole Shortley

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Villalpando, a minor, by and through his guardian ad litem, Nicole Shortley,<br><br>  Plaintiff,<br><br>vs.<br><br>City of Stockton, and DOES ONE through Twenty,<br><br>  Defendants. | Case No. 2:07-cv-00824-LKK-KJM<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

## INTRODUCTIONS

Plaintiff Michael Villalpando, through his guardian ad litem, Nicole Shortley, applied for an order continuing the initial status (pretrial scheduling) conference. In consideration of that application, and for good cause showing, plaintiff's application is GRANTED, and the initial status conference in this case is continued 45 days. The new date for that conference shall be September 24, 2007, at 3:00 p.m..

IT IS SO ORDERED.

Dated: August 2, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT