1  RICHARD E. NOSKY, JR., City Attorney
   State Bar No. 130726
2  SHELLEY L. GREEN, Assistant City Attorney
   State Bar No. 161521
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for Defendant
6  CITY OF STOCKTON

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 MICHAEL VILLALPANDO, a minor, )   CASE NO. 2:07-CV-00824-LKK-KJM
   by and through his guardian   )
11 ad litem, NICOLE SHORTLEY,    )   **STIPULATION CONTINUING**
                                 )   **STATUS (PRETRIAL SCHEDULING)**
12            Plaintiff,         )   **CONFERENCE AND ORDER**
                                 )   **THEREON**
13 vs.                           )
                                 )
14 CITY OF STOCKTON, and         )
   DOES ONE through TWENTY,      )
15                               )
              Defendants.        )
16 _____)

17     IT IS HEREBY STIPULATED, by and between the parties hereto,
18 through their respective counsel, that the Status (Pretrial
19 Scheduling) Conference currently set on October 9, 2007, be
20 continued to November 13, 2007 or November 19, 2007, at 3:00 p.m.
21 in Courtroom 4 (LKK) before Senior Judge Lawrence K. Karlton.
22 The continuance is requested due to the unavailability of
23 defendant's counsel prior to the proposed dates in November.

24

25 Dated: September 25, 2007      /s/ Jeremy L. Friedman
                                  JEREMY L. FRIEDMAN
26
                                  Attorney for Plaintiff
27

28 ///

1

STIPULATION CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND ORDER THEREON

```
 1  Dated: September 25, 2007        RICHARD E. NOSKY, JR.
                                     CITY ATTORNEY
 2

 3                                   BY/s/ Shelley L. Green
                                        SHELLEY L. GREEN
 4                                      ASSISTANT CITY ATTORNEY

 5                                   Attorneys for Defendant
                                     CITY OF STOCKTON
 6
```

## ORDER

IT IS SO ORDERED that the Status (Pretrial Scheduling) Conference be continued to November 13, 2007, at 3:30 p.m. in Courtroom 4 (LKK) before Senior Judge Lawrence K. Karlton.

Dated: September 26, 2007.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```